1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEUTSCHE BANK NATIONAL TRUST
COMPANY,

                          Plaintiff,

        v.

ALEX ANDRUKOV, et al.,

                          Defendants.

Case No. C16-1871-JLR

**REPORT AND
RECOMMENDATION**

Defendants Alex and Tanya Andrukov and "all other occupants," proceeding *pro se*, filed

a Notice of Removal of an unlawful detainer action originating in Whatcom County Superior

Court, accompanied by a single application to proceed *in forma pauperis* ("IFP"). Dkts. 1, 2.  By

order dated December 9, 2016, the Court informed defendants that the application was deficient

because it did not meet the requirements of Local Rule CR 3(b).  Dkt. 4.  The Court gave

defendants until January 6, 2017 to correct the deficiency by *each* submitting a completed IFP

application.  *Id.*  To date, defendants have failed to correct the deficiency.  Accordingly, the

Court recommends that defendants' single application for leave to proceed IFP be **DENIED,** and

that they be directed to pay the filing fee in this case or the case will be dismissed.

A proposed order accompanies this Report and Recommendation.  Objections, if any, to

this Report and Recommendation must be filed and served no later than **January 23, 2017**.  If no

REPORT AND RECOMMENDATION - 1

1  objections are filed, the matter will be ready for the Court's consideration on **January 24, 2017**.

2  Objections shall not exceed five (5) pages.  The failure to timely object may affect the right to

3  appeal.

4         DATED this 9th day of January, 2017.

5         _____
          BRIAN A. TSUCHIDA
6         United States Magistrate Judge

REPORT AND RECOMMENDATION - 2