UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Plaintiff,

v.

ALEX ANDRUKOV, et al.,

    Defendants.

Case No. C16-1871-JLR

**ORDER DENYING IFP APPLICATION AND DIRECTING DEFENDANT TO PAY THE FILING FEE**

The Court, having reviewed the defendants' application for leave to *proceed in forma pauperis* ("IFP") (Dkt. 2), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' single IFP application (Dkt. 2) is **DENIED**.

(3)    The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

//
//
//
//

ORDER DENYING IFP APPLICATION AND DIRECTING
DEFENDANT TO PAY THE FILING FEE - 1

1  The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

2  DATED this 27th day of Jan., 2017.

_____
JAMES L. ROBART
United States District Judge